IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD LUCAS, <br> AIS # 320032, <br>     Plaintiff, <br> v. <br> REOSHA BUTLER, *et al.*, <br>     Defendants. | CASE NO. 2:20-CV-650-RAH |

## **ORDER**

On January 27, 2021, the Magistrate Judge recommended the Motion for Preliminary Injunction (Doc. 9, at p. 5) be DENIED.  On February 12, 2021, Plaintiff Charles Edward Lucas filed Objections (Doc. 34) to the Recommendation of the Magistrate Judge (Doc. 33).  The Court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made.  *See* 28 U.S.C. § 636(b).  Upon this Court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Objections (Doc. 34) are OVERRULED.

2. The Recommendation (Doc. 33) is ADOPTED.

2

3. The Motion for Preliminary Injunction (Doc. 9, at p. 5) be DENIED.

4. This case be referred to the Magistrate Judge for further appropriate proceedings.

DONE, this 3rd day of March, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

Case 2:20-cv-00650-RAH-CSC   Document 35   Filed 03/03/21   Page 2 of 2